**Judge McMahon**

LSK&D #: 901-7010 / 963185
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00333**

-------------------------------------------------------------x

MICHAEL RODRIGUEZ-JAVIERM,

                      Plaintiff,

      -against-

IVAN R. GOODING JR. AND WERNER
ENTERPRISES, INC.,

                  Defendants.

**Docket No.:**

**RULE 7.1 CERTIFICATE**

-------------------------------------------------------------x

     Pursuant Rule 7.1. of the Federal Rules of Civil Procedure, and to enable the

Judges and Magistrates of the court to evaluate possible disqualification and recusal,

the undersigned attorneys of record for defendants, IVAN R. GOODING JR. AND

WERNER ENTERPRISES, INC., certify that, upon information and belief, the following

corporation is involved in this matter:

               **WERNER ENTERPRISES, INC.**

Dated:     New York, New York
           January 11, 2008

                  Yours, etc.

                  LESTER SCHWAB KATZ & DWYER, LLP

                  John DeMatteo III (JD-0654)
                  Attorneys for Defendants
                  IVAN R. GOODING JR. AND WERNER
                  ENTERPRISES, INC.
                  120 Broadway
                  New York, New York  10271
                  (212)  964-6611