<u>Declaration of Service</u>

I served the **NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 CERTIFICATE AND PETITION FOR REMOVAL** annexed UPON THE Supreme Court of the State of New York County of Bronx and by first-class mail on the following persons on February 8, 2008:

>Alexander Bespechny
>2931 Westchester Avenue
>Suite 200
>Bronx, NY 10461
>Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2008.

*[signature]*
MARY E. MAGEE