<u>Declaration of Service</u>

I served, **RULE 7.1 CERTIFICATE** annexed UPON THE Supreme Court of the State of New York County of Bronx and by first-class mail on the following persons on February 8, 2008:

>Alexander Bespechny
>2931 Westchester Avenue
>Suite 200
>Bronx, NY  10461
>Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2008.

*/s/ Mary E. Magee*
MARY E. MAGEE